

2022 EDITION

# The 50ᵗʰ Annual Survey of Law Firm Economics

| LAW FIRM FINANCIALS | HOURLY RATES | BILLABLE HOURS | TOTAL COMPENSATION | STAFFING RATIOS |

THE NATIONAL LAW JOURNAL     ALM : **LAW.COM** COMPASS

almlegalintel.com  |  888-770-5647  |  almlegalintel@alm.com



## INFORMATION ABOUT THE RESPONDENT SET

This study is undertaken annually. An invitation to participate was sent to a selected group of law firms. These are firms that have had prior contact with ALM Legal Intelligence and include past participants and purchasers of our various surveys. Invitations to participate were also sent to various members of the Association of Legal Administrators and other mailing lists.

Only U.S. law firms are included in this study. Sole practitioners are included in this report. Therefore any trending data such as firm financials, compensation or billing rates will not be completely trendable with previous editions of the survey. To accommodate this group, ALM Legal Intelligence has a separate data cut for firm sizes 10 attorneys or less.

Information was collected in several areas for each lawyer who worked at the participating law firm in 2021. Earnings and billable hours information is included only for individuals who worked full-time for all of 2021.

Statistics are not shown for any category that does not have information supplied by at least three individual positions. The number of firms or offices and number of positions are indicated on the tables as appropriate.

In some instances, the sum total of percentage breakouts may not equal 100%, because numbers have been rounded to the nearest one-tenth of one percent.

## STANDARD HOURLY BILLING RATES

This section presents standard billing rates for equity partners and shareholders, non-equity partners and shareholders, associates and staff lawyers. Information is collected for each lawyer on the "individual's most commonly used hourly rate as of January 1, 2022. Law firms frequently employ this rate, usually called the Standard Rate, in their budgeting practices. Years of experience is calculated in this section from the year admitted to bar. Average billing rates, as well as quartiles and ninth decile data, are reported as follows:

Trend Comparison – Senior Partners vs. Mid-level Associates
Charts – Median Standard Hourly Rate
National
Gender
Ethnicity
Region
Firm Size
Year Admitted to Bar
Years Legal Experience
Individual Lawyer Non-Litigation Specialties
Individual Lawyer Litigation Specialties

TREND COMPARISON OF AVERAGE BILLING RATES IN LAW FIRMS
FOR 25 TO 29 YEAR PARTNERS AND 5 YEAR ASSOCIATES

| | | 25th to 29th Year | | 5th Year Associate | | Ratio Partner to Assiociate Rates | CPI |
|---|---|---|---|---|---|---|---|
| | | $ | Index | $ | Index | | |
| Fiscal Year | 1985 | 128 | 100 | 82 | 100 | 1.56 | 100 |
| | 1986 | 143 | 112 | 89 | 109 | 1.61 | 102 |
| | 1987 | 142 | 111 | 96 | 117 | 1.48 | 106 |
| | 1988 | 143 | 112 | 99 | 121 | 1.44 | 111 |
| | 1989 | 157 | 123 | 108 | 132 | 1.45 | 116 |
| | 1990 | 166 | 130 | 115 | 140 | 1.44 | 123 |
| | 1991 | 170 | 133 | 118 | 144 | 1.44 | 129 |
| | 1992 | 181 | 141 | 124 | 151 | 1.46 | 133 |
| | 1993 | 184 | 144 | 124 | 151 | 1.48 | 137 |
| | 1994 | 194 | 152 | 127 | 155 | 1.53 | 141 |
| | 1995 | 198 | 155 | 132 | 161 | 1.50 | 145 |
| | 1996 | 200 | 156 | 125 | 152 | 1.60 | 149 |
| | 1997 | 207 | 162 | 134 | 163 | 1.54 | 153 |
| | 1998 | 228 | 178 | 148 | 180 | 1.54 | 155 |
| | 1999 | 230 | 180 | 160 | 195 | 1.44 | 159 |
| | 2000 | 245 | 191 | 164 | 200 | 1.49 | 165 |
| | 2001 | 259 | 202 | 168 | 205 | 1.54 | 170 |
| | 2002 | 270 | 211 | 186 | 227 | 1.45 | 172 |
| | 2003 | 274 | 214 | 189 | 230 | 1.45 | 176 |
| | 2004 | 294 | 230 | 203 | 248 | 1.45 | 181 |
| | 2005 | 301 | 235 | 193 | 235 | 1.56 | 188 |
| | 2006 | 318 | 248 | 209 | 255 | 1.52 | 194 |
| | 2007 | 336 | 263 | 220 | 268 | 1.53 | 200 |
| | 2008 | 352 | 275 | 227 | 277 | 1.55 | 208 |
| | 2009 | 346 | 270 | 218 | 266 | 1.59 | 207 |
| | 2010 | 357 | 279 | 219 | 268 | 1.63 | 210 |
| | 2011 | 378 | 295 | 252 | 307 | 1.50 | 217 |
| | 2012 | 370 | 289 | 256 | 312 | 1.45 | 222 |
| | 2013 | 375 | 293 | 251 | 299 | 1.53 | 225 |
| | 2014 | 399 | 312 | 257 | 313 | 1.56 | 229 |
| | 2015 | 444 | 347 | 307 | 374 | 1.45 | 233 |
| | 2016 | 435 | 340 | 258 | 315 | 1.69 | 236 |
| | 2017 | 482 | 377 | 294 | 359 | 1.64 | 242 |
| | 2018 | 536 | 419 | 346 | 422 | 1.55 | 247 |
| | 2019 | 491 | 384 | 290 | 354 | 1.69 | 251 |
| | 2020 | 473 | 370 | 284 | 346 | 1.67 | 258 |
| | 2021 | 686 | 536 | 495 | 604 | 1.39 | 270 |

**MEDIAN FOR STANDARD HOURLY RATE BY BROAD REGION**
for Status Codes Partner/Shareholder-Equity/Non-Equity and Associate/Staff Lawyer

| Broad Region | Partner/Shareholder- Equity/Non-Equity Rate $ | Associate/ Staff Lawyer Rate $ |
|---|---|---|
| Northeast | $975 | $685 |
| Midwest | $850 | $500 |
| South | $900 | $565 |
| West | $780 | $515 |



**MEDIAN FOR STANDARD HOURLY RATE BY NARROW REGION**
for Status Codes Partner/Shareholder-Equity/Non-Equity and Associate/Staff Lawyer

| Narrow Region | Partner/Shareholder- Equity/Non-Equity Rate $ | Associate/Staff Lawyer Rate $ |
|---|---|---|
| New England | $505 | $330 |
| Middle Atlantic | $610 | $535 |
| South Atlantic | $775 | $560 |
| East North Central | $900 | $500 |
| West North Central | $513 | $375 |
| West South Central | $950 | $615 |
| Mountain | $585 | $435 |
| Pacific | $790 | $550 |



MEDIAN FOR STANDARD HOURLY RATE BY YEAR ADMITTED TO BAR
for Status Codes Partner/Shareholder-Equity/Non-Equity and Associate/Staff Lawyer

| Year Admitted to Bar | Partner/Shareholder-Equity/Non-Equity Rate $ | Associate/Staff Lawyer Rate $ |
|---|---|---|
| Before 1979 | $705 | $400 |
| 1979-1982 | $595 | |
| 1983-1986 | $660 | $595 |
| 1987-1990 | $680 | $350 |
| 1991-1994 | $625 | $485 |
| 1995-1998 | $585 | $390 |
| 1999-2002 | $585 | $390 |
| 2003-2006 | $550 | $455 |
| 2007-2010 | $525 | $485 |
| 2011-2014 | $400 | $553 |
| 2015-2018 | $345 | $440 |
| 2019-2022 | | $398 |



■ Partner/Shareholder-Equity/Non-Equity Rate $    ■ Associate/Staff Lawyer Rate $

**NARROW REGION BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Region | Years | Number of Offices | Number of Lawyers | Rate Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
|---|---|---|---|---|---|---|---|---|
| New England | Under 2 years | 2 | 2 | $245 | $210 | $245 | $255 | $255 |
| | 4 or 5 Years | 3 | 6 | $316 | $265 | $295 | $390 | $410 |
| | 6 or 7 Years | 3 | 5 | $353 | $310 | $360 | $400 | $430 |
| | 8 to 10 Years | 2 | 7 | $340 | $320 | $340 | $365 | $365 |
| | 11 to 15 Years | 4 | 11 | $411 | $335 | $380 | $475 | $550 |
| | 16 to 20 Years | 3 | 6 | $457 | $415 | $465 | $500 | $500 |
| | 21 to 30 Years | 4 | 16 | $527 | $458 | $495 | $620 | $700 |
| | 31 or More Years | 3 | 16 | $534 | $500 | $533 | $563 | $625 |
| Middle Atlantic | Under 2 years | 4 | 12 | $526 | $420 | $578 | $680 | $680 |
| | 2 or 3 Years | 5 | 33 | $448 | $310 | $340 | $665 | $710 |
| | 4 or 5 Years | 5 | 23 | $493 | $260 | $480 | $715 | $730 |
| | 6 or 7 Years | 4 | 30 | $513 | $300 | $373 | $750 | $910 |
| | 8 to 10 Years | 4 | 51 | $599 | $360 | $555 | $830 | $925 |
| | 11 to 15 Years | 5 | 83 | $738 | $440 | $785 | $1,010 | $1,155 |
| | 16 to 20 Years | 5 | 78 | $682 | $435 | $543 | $1,020 | $1,155 |
| | 21 to 30 Years | 4 | 102 | $736 | $450 | $565 | $1,005 | $1,245 |
| | 31 or More Years | 5 | 112 | $748 | $510 | $625 | $925 | $1,270 |
| South Atlantic | Under 2 years | 3 | 17 | $468 | $385 | $560 | $560 | $560 |
| | 2 or 3 Years | 4 | 23 | $501 | $405 | $535 | $600 | $630 |
| | 4 or 5 Years | 4 | 39 | $516 | $300 | $525 | $715 | $715 |
| | 6 or 7 Years | 4 | 33 | $569 | $300 | $675 | $755 | $820 |
| | 8 to 10 Years | 3 | 40 | $639 | $350 | $713 | $875 | $923 |
| | 11 to 15 Years | 7 | 59 | $688 | $395 | $740 | $950 | $1,000 |
| | 16 to 20 Years | 7 | 47 | $722 | $425 | $740 | $950 | $1,000 |
| | 21 to 30 Years | 7 | 99 | $808 | $470 | $850 | $1,000 | $1,160 |
| | 31 or More Years | 7 | 103 | $837 | $435 | $940 | $1,150 | $1,280 |

**NATIONAL INDIVIDUAL STATUS CODES**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Status Code | Number of Offices | Number of Lawyers | Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Equity Partner/Shareholder/Proprietor | 17 | 683 | $634 | $445 | $575 | $765 | $1,040 |
| Non-equity Partner/Salaried Partner/Non-Participating Partner | 15 | 765 | $724 | $460 | $685 | $930 | $1,155 |
| Associate Lawyer | 16 | 946 | $510 | $330 | $480 | $675 | $800 |
| Staff Lawyer | 6 | 112 | $422 | $308 | $455 | $485 | $590 |
| Of Counsel | 10 | 205 | $707 | $475 | $690 | $860 | $1,040 |

**NATIONAL COMBINED STATUS CODES**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Status Code | Number of Offices | Number of Lawyers | Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Partner/Shareholder- Equity/Non-Equity | 17 | 1448 | $682 | $450 | $600 | $900 | $1,150 |
| Associate/Staff Lawyer | 16 | 1058 | $501 | $330 | $470 | $675 | $800 |
| Of Counsel | 10 | 205 | $707 | $475 | $690 | $860 | $1,040 |

**GENDER**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| | Gender/Status | Number of Offices | Number of Lawyers | Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Female | Equity Partner/Shareholder/Proprietor | 15 | 155 | $609 | $400 | $555 | $750 | $1,040 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 14 | 228 | $676 | $438 | $590 | $910 | $1,110 |
| | Associate Lawyer | 16 | 489 | $506 | $325 | $485 | $675 | $800 |
| | Staff Lawyer | 5 | 54 | $437 | $300 | $455 | $675 | $595 |
| | Of Counsel | 8 | 74 | $729 | $525 | $740 | $860 | $950 |
| Male | Equity Partner/Shareholder/Proprietor | 17 | 528 | $641 | $450 | $575 | $770 | $1,050 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 14 | 537 | $745 | $475 | $700 | $990 | $1,155 |
| | Associate Lawyer | 16 | 457 | $515 | $340 | $475 | $675 | $800 |
| | Staff Lawyer | 5 | 58 | $499 | $315 | $413 | $475 | $535 |
| | Of Counsel | 9 | 131 | $694 | $450 | $635 | $925 | $1,150 |

**GENDER BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| | Gender/Years of Experience | Number of Offices | Number of Lawyers | Rate | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Female | Under 2 years | 10 | 50 | $429 | $310 | $430 | $560 | $575 |
| | 2 or 3 Years | 11 | 96 | $415 | $258 | $395 | $565 | $665 |
| | 4 or 5 Years | 13 | 99 | $436 | $265 | $390 | $630 | $715 |
| | 6 or 7 Years | 13 | 98 | $547 | $375 | $503 | $755 | $800 |
| | 8 to 10 Years | 14 | 120 | $566 | $350 | $513 | $800 | $893 |
| | 11 to 15 Years | 15 | 156 | $609 | $385 | $558 | $820 | $1,000 |
| | 16 to 20 Years | 16 | 117 | $622 | $415 | $550 | $770 | $1,000 |
| | 21 to 30 Years | 13 | 149 | $672 | $475 | $580 | $840 | $1,050 |
| | 31 or More Years | 13 | 108 | $695 | $468 | $625 | $913 | $1,110 |
| Male | Under 2 years | 10 | 52 | $431 | $315 | $500 | $500 | $565 |
| | 2 or 3 Years | 15 | 75 | $414 | $305 | $350 | $565 | $615 |
| | 4 or 5 Years | 13 | 76 | $505 | $338 | $495 | $675 | $715 |
| | 6 or 7 Years | 13 | 104 | $483 | $328 | $418 | $675 | $800 |
| | 8 to 10 Years | 14 | 138 | $549 | $365 | $475 | $740 | $845 |
| | 11 to 15 Years | 17 | 228 | $599 | $400 | $550 | $771 | $950 |
| | 16 to 20 Years | 16 | 214 | $626 | $435 | $550 | $775 | $1,000 |
| | 21 to 30 Years | 16 | 357 | $690 | $465 | $600 | $900 | $1,110 |
| | 31 or More Years | 17 | 476 | $749 | $500 | $648 | $1,000 | $1,160 |

**BROAD REGION**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Broad Region/Status | | Number of Offices | Number of Lawyers | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| Northeast | Equity Partner/Shareholder/Proprietor | 6 | 125 | $668 | $455 | $570 | $715 | $1,245 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 5 | 211 | $719 | $450 | $620 | $1,005 | $1,155 |
| | Associate Lawyer | 7 | 206 | $545 | $320 | $485 | $790 | $925 |
| | Staff Lawyer | 2 | 21 | $534 | $440 | $495 | $590 | $745 |
| | Of Counsel | 4 | 38 | $750 | $495 | $693 | $1,000 | $1,155 |
| Midwest | Equity Partner/Shareholder/Proprietor | 4 | 59 | $875 | $575 | $990 | $1,090 | $1,150 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 4 | 114 | $793 | $585 | $770 | $990 | $1,150 |
| | Associate Lawyer | 4 | 146 | $563 | $400 | $565 | $715 | $780 |
| | Staff Lawyer | 1 | 45 | $406 | $290 | $455 | $475 | $475 |
| | Of Counsel | 2 | 35 | $771 | $690 | $740 | $850 | $1,150 |
| South | Equity Partner/Shareholder/Proprietor | 5 | 111 | $709 | $400 | $570 | $1,040 | $1,160 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 9 | 185 | $865 | $650 | $910 | $1,030 | $1,160 |
| | Associate Lawyer | 6 | 197 | $590 | $410 | $600 | $755 | $860 |
| | Staff Lawyer | 3 | 30 | $439 | $385 | $495 | $510 | $570 |
| | Of Counsel | 5 | 64 | $810 | $613 | $820 | $950 | $1,000 |
| West | Equity Partner/Shareholder/Proprietor | 3 | 89 | $794 | $710 | $775 | $810 | $950 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 3 | 97 | $826 | $650 | $800 | $990 | $1,160 |
| | Associate Lawyer | 3 | 181 | $560 | $435 | $515 | $675 | $780 |
| | Of Counsel | 4 | 23 | $715 | $515 | $685 | $820 | $1,000 |

**NARROW REGION**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Narrow Region/Status | | Number of Offices | Number of Lawyers | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
| New England | Equity Partner/Shareholder/Proprietor | 2 | 19 | $507 | $460 | $505 | $540 | $625 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 3 | 18 | $521 | $460 | $525 | $575 | $700 |
| | Associate Lawyer | 4 | 24 | $349 | $285 | $330 | $378 | $450 |
| | Of Counsel | 1 | 8 | $440 | $408 | $428 | $495 | $525 |
| Middle Atlantic | Equity Partner/Shareholder/Proprietor | 5 | 106 | $697 | $450 | $571 | $860 | $1,345 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 4 | 193 | $737 | $455 | $625 | $1,075 | $1,155 |
| | Associate Lawyer | 6 | 182 | $569 | $325 | $560 | $785 | $925 |
| | Staff Lawyer | 2 | 20 | $547 | $445 | $495 | $653 | $753 |
| | Of Counsel | 3 | 30 | $833 | $600 | $860 | $1,155 | $1,155 |
| South Atlantic | Equity Partner/Shareholder/Proprietor | 5 | 99 | $664 | $400 | $500 | $1,000 | $1,160 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 9 | 152 | $851 | $518 | $930 | $1,050 | $1,220 |
| | Associate Lawyer | 6 | 149 | $563 | $385 | $560 | $715 | $845 |
| | Staff Lawyer | 3 | 14 | $438 | $385 | $473 | $525 | $595 |
| | Of Counsel | 5 | 52 | $811 | $548 | $820 | $1,000 | $1,000 |
| East North Central | Equity Partner/Shareholder/Proprietor | 3 | 53 | $911 | $840 | $990 | $1,090 | $1,150 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 4 | 102 | $827 | $740 | $810 | $1,000 | $1,150 |
| | Associate Lawyer | 3 | 134 | $581 | $500 | $605 | $715 | $780 |
| | Staff Lawyer | 1 | 45 | $406 | $290 | $455 | $475 | $475 |
| | Of Counsel | 1 | 31 | $820 | $740 | $750 | $900 | $1,150 |
| West North Central | Equity Partner/Shareholder/Proprietor | 1 | 6 | $563 | $525 | $550 | $600 | $650 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 1 | 12 | $501 | $463 | $488 | $550 | $575 |
| | Associate Lawyer | 1 | 12 | $366 | $330 | $375 | $395 | $400 |
| | Of Counsel | 1 | 4 | $394 | $338 | $388 | $450 | $475 |
| West South Central | Equity Partner/Shareholder/Proprietor | 1 | 12 | $1,074 | $975 | $1,025 | $1,160 | $1,290 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 1 | 33 | $930 | $880 | $910 | $1,050 | $1,110 |
| | Associate Lawyer | 1 | 48 | $674 | $585 | $655 | $778 | $845 |
| | Staff Lawyer | 1 | 16 | $440 | $395 | $395 | $498 | $520 |
| | Of Counsel | 1 | 12 | $808 | $813 | $820 | $910 | $910 |
| Mountain | Equity Partner/Shareholder/Proprietor | 2 | 8 | $727 | $580 | $625 | $883 | $1,090 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 2 | 27 | $680 | $525 | $550 | $850 | $990 |
| | Associate Lawyer | 2 | 35 | $507 | $385 | $485 | $640 | $780 |
| | Of Counsel | 3 | 13 | $645 | $475 | $575 | $810 | $850 |
| Pacific | Equity Partner/Shareholder/Proprietor | 2 | 81 | $800 | $735 | $780 | $810 | $885 |
| | Non-equity Partner/Salaried Partner/Non-Participating Partner | 2 | 70 | $883 | $700 | $831 | $1,000 | $1,220 |
| | Associate Lawyer | 2 | 146 | $573 | $450 | $550 | $690 | $800 |
| | Of Counsel | 2 | 10 | $806 | $685 | $755 | $950 | $1,100 |

**BROAD REGION BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Broad Region/Years of Experience | Number of Offices | Number of Lawyers | Rate Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
|---|---|---|---|---|---|---|---|
| **Northeast** | | | | | | | |
| Under 2 years | 5 | 14 | $485 | $255 | $548 | $680 | $680 |
| 2 or 3 Years | 5 | 33 | $448 | $310 | $340 | $665 | $710 |
| 4 or 5 Years | 6 | 29 | $456 | $260 | $390 | $640 | $750 |
| 6 or 7 Years | 6 | 35 | $490 | $300 | $360 | $715 | $895 |
| 8 to 10 Years | 5 | 58 | $568 | $340 | $513 | $800 | $925 |
| 11 to 15 Years | 7 | 94 | $700 | $420 | $708 | $910 | $1,155 |
| 16 to 20 Years | 6 | 84 | $666 | $425 | $520 | $963 | $1,155 |
| 21 to 30 Years | 6 | 118 | $708 | $450 | $545 | $900 | $1,200 |
| 31 or More Years | 6 | 128 | $721 | $510 | $625 | $760 | $1,245 |
| **Midwest** | | | | | | | |
| Under 2 years | 2 | 17 | $477 | $500 | $500 | $500 | $500 |
| 2 or 3 Years | 3 | 30 | $456 | $370 | $500 | $565 | $565 |
| 4 or 5 Years | 3 | 24 | $467 | $320 | $495 | $605 | $640 |
| 6 or 7 Years | 4 | 50 | $567 | $380 | $675 | $715 | $800 |
| 8 to 10 Years | 3 | 39 | $608 | $440 | $690 | $755 | $780 |
| 11 to 15 Years | 4 | 54 | $588 | $455 | $643 | $740 | $810 |
| 16 to 20 Years | 4 | 48 | $690 | $500 | $740 | $770 | $1,000 |
| 21 to 30 Years | 4 | 54 | $773 | $575 | $825 | $940 | $990 |
| 31 or More Years | 4 | 82 | $945 | $750 | $1,040 | $1,150 | $1,150 |
| **South** | | | | | | | |
| Under 2 years | 3 | 22 | $485 | $425 | $560 | $560 | $560 |
| 2 or 3 Years | 4 | 32 | $528 | $428 | $583 | $630 | $630 |
| 4 or 5 Years | 4 | 48 | $538 | $330 | $635 | $715 | $715 |
| 6 or 7 Years | 4 | 44 | $596 | $418 | $715 | $760 | $820 |
| 8 to 10 Years | 5 | 55 | $666 | $395 | $740 | $875 | $910 |
| 11 to 15 Years | 7 | 89 | $705 | $435 | $740 | $930 | $1,000 |
| 16 to 20 Years | 7 | 60 | $734 | $425 | $780 | $950 | $1,025 |
| 21 to 30 Years | 7 | 115 | $824 | $495 | $900 | $1,050 | $1,160 |
| 31 or More Years | 7 | 116 | $860 | $450 | $950 | $1,150 | $1,280 |
| **West** | | | | | | | |
| Under 2 years | 3 | 11 | $414 | $335 | $385 | $560 | $560 |
| 2 or 3 Years | 3 | 23 | $459 | $385 | $415 | $600 | $605 |
| 4 or 5 Years | 3 | 29 | $558 | $425 | $495 | $715 | $755 |
| 6 or 7 Years | 3 | 38 | $538 | $425 | $483 | $675 | $800 |
| 8 to 10 Years | 3 | 45 | $628 | $495 | $570 | $780 | $845 |
| 11 to 15 Years | 3 | 61 | $638 | $545 | $625 | $740 | $820 |
| 16 to 20 Years | 3 | 44 | $719 | $650 | $700 | $838 | $985 |
| 21 to 30 Years | 4 | 72 | $780 | $675 | $755 | $843 | $1,050 |
| 31 or More Years | 3 | 65 | $906 | $790 | $820 | $1,000 | $1,220 |

**INDIVIDUAL NON-LITIGATION SPECIALTIES**
**STANDARD HOURLY BILLING RATES**
As of January 1, 2022

| Specialty/Status | Number of Offices | Number of Lawyers | Rate Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
|---|---|---|---|---|---|---|---|
| **Administrative/Legislative/Regulatory** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 22 | $875 | $700 | $910 | $1,000 | $1,160 |
| Associate/Staff Lawyer | 1 | 15 | $667 | $540 | $710 | $800 | $910 |
| Of Counsel | 2 | 12 | $883 | $811 | $885 | $950 | $1,000 |
| **Banking** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 5 | 19 | $740 | $500 | $650 | $1,000 | $1,155 |
| Associate/Staff Lawyer | 3 | 15 | $538 | $395 | $495 | $740 | $800 |
| Of Counsel | 2 | 2 | $471 | $320 | $473 | $625 | $625 |
| **Bankruptcy** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 36 | $939 | $563 | $875 | $1,255 | $1,525 |
| Associate/Staff Lawyer | 2 | 9 | $796 | $675 | $785 | $1,050 | $1,190 |
| Of Counsel | 2 | 6 | $848 | $740 | $900 | $1,000 | $1,200 |
| **Commercial/Contracts** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 3 | 13 | $588 | $565 | $565 | $650 | $675 |
| Associate/Staff Lawyer | 4 | 9 | $391 | $325 | $390 | $415 | $685 |
| **Education** | | | | | | | |
| Associate/Staff Lawyer | 1 | 2 | $615 | $615 | $615 | $615 | $615 |
| **Employee Benefits (ERISA)** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 5 | 22 | $726 | $550 | $680 | $850 | $1,090 |
| Associate/Staff Lawyer | 4 | 9 | $455 | $355 | $470 | $495 | $705 |
| Of Counsel | 2 | 7 | $691 | $605 | $685 | $810 | $850 |
| **Employment (FLSA, ADA, ADEA)** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 32 | $718 | $550 | $690 | $860 | $955 |
| Associate/Staff Lawyer | 3 | 28 | $581 | $398 | $658 | $755 | $795 |
| Of Counsel | 2 | 4 | $708 | $563 | $768 | $853 | $860 |
| **Environmental** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 5 | 16 | $637 | $498 | $650 | $735 | $825 |
| Associate/Staff Lawyer | 2 | 9 | $436 | $385 | $405 | $490 | $595 |
| **Family Law/Domestic Relations** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 3 | 35 | $457 | $400 | $460 | $495 | $555 |
| Associate/Staff Lawyer | 3 | 16 | $279 | $260 | $275 | $310 | $310 |
| **General Business** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 9 | 63 | $545 | $380 | $505 | $740 | $795 |
| Associate/Staff Lawyer | 7 | 30 | $322 | $230 | $265 | $350 | $600 |
| Of Counsel | 4 | 8 | $423 | $378 | $425 | $438 | $525 |
| **Health Care** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 14 | $759 | $680 | $785 | $860 | $910 |
| Associate/Staff Lawyer | 3 | 14 | $623 | $450 | $591 | $755 | $875 |
| **Insurance** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 2 | 7 | $674 | $585 | $700 | $790 | $810 |
| Associate/Staff Lawyer | 2 | 2 | $498 | $425 | $498 | $570 | $570 |
| **Intellectual Property** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 7 | 127 | $740 | $500 | $725 | $960 | $1,110 |
| Associate/Staff Lawyer | 5 | 131 | $571 | $400 | $565 | $755 | $835 |
| Of Counsel | 3 | 23 | $728 | $535 | $695 | $910 | $1,000 |
| **International** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 2 | 7 | $640 | $575 | $650 | $695 | $695 |
| Associate/Staff Lawyer | 1 | 2 | $375 | $350 | $375 | $400 | $400 |
| **Labor/Collective Bargaining (Mgmt.)** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 33 | $736 | $670 | $760 | $800 | $970 |
| Associate/Staff Lawyer | 2 | 23 | $493 | $275 | $470 | $690 | $810 |
| Of Counsel | 1 | 2 | $765 | $690 | $765 | $840 | $840 |
| **Labor/Collective Bargaining (Union)** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 1 | 9 | $908 | $880 | $935 | $970 | $1,155 |
| Associate/Staff Lawyer | 1 | 18 | $627 | $530 | $615 | $770 | $840 |
| Of Counsel | 1 | 2 | $710 | $690 | $730 | $770 | $770 |
| **Mergers/Acquisitions** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 3 | 45 | $864 | $706 | $860 | $1,000 | $1,150 |
| Associate/Staff Lawyer | 3 | 56 | $617 | $475 | $605 | $755 | $875 |
| Of Counsel | 1 | 8 | $887 | $780 | $820 | $1,035 | $1,170 |
| **Municipal Finance** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 4 | 14 | $809 | $510 | $798 | $1,090 | $1,155 |
| Associate/Staff Lawyer | 2 | 7 | $539 | $300 | $480 | $755 | $895 |
| **Real Estate** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 9 | 102 | $634 | $480 | $575 | $740 | $950 |
| Associate/Staff Lawyer | 9 | 50 | $464 | $345 | $400 | $510 | $735 |
| Of Counsel | 5 | 14 | $701 | $530 | $740 | $855 | $950 |
| **Securities** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 1 | 2 | $565 | $550 | $563 | $575 | $575 |
| **Taxation** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 7 | 28 | $911 | $598 | $975 | $1,130 | $1,435 |
| Associate/Staff Lawyer | 3 | 8 | $654 | $425 | $728 | $868 | $950 |
| Of Counsel | 2 | 4 | $816 | $618 | $775 | $1,015 | $1,220 |
| **Trusts/Estates/Probate** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 11 | 42 | $704 | $435 | $638 | $885 | $1,160 |
| Associate/Staff Lawyer | 11 | 30 | $512 | $385 | $480 | $715 | $755 |
| Of Counsel | 3 | 12 | $735 | $540 | $758 | $825 | $1,150 |
| **Other Non-litigation Specialty** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 5 | 33 | $658 | $555 | $700 | $755 | $830 |
| Associate/Staff Lawyer | 4 | 25 | $477 | $405 | $495 | $550 | $650 |
| Of Counsel | 3 | 4 | $458 | $338 | $431 | $578 | $600 |
| **Multiple Non-litigation Specialties** | | | | | | | |
| Partner/Shareholder- Equity/Non-Equity | 5 | 37 | $471 | $400 | $450 | $525 | $620 |
| Associate/Staff Lawyer | 3 | 10 | $304 | $275 | $310 | $325 | $378 |
| Of Counsel | 2 | 2 | $568 | $525 | $568 | $610 | $610 |




INDIVIDUAL NON-LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE
STANDARD HOURLY BILLING RATES
As of January 1, 2022

| Specialty/Years of Experience | Number of Offices | Number of Lawyers | Rate Average | Lower Quartile | Median | Upper Quartile | Ninth Decile |
|---|---|---|---|---|---|---|---|
| **Administrative/Legislative/Regulatory** | | | | | | | |
| 2 or 3 Years | 1 | 2 | $540 | $405 | $540 | $675 | $675 |
| 4 or 5 Years | 1 | 4 | $725 | $683 | | $768 | $820 |
| 6 or 7 Years | 1 | 4 | $623 | $468 | $648 | $778 | $800 |
| 8 to 10 Years | 1 | 5 | $802 | $710 | $800 | $910 | $950 |
| 11 to 15 Years | 1 | 6 | $863 | $775 | $865 | $950 | $1,000 |
| 16 to 20 Years | 2 | 6 | $771 | $690 | $820 | $910 | $950 |
| 21 to 30 Years | 1 | 7 | $922 | $820 | $950 | $1,000 | $1,050 |
| 31 or More Years | 4 | 14 | $914 | $700 | $975 | $1,160 | $1,290 |
| **Banking** | | | | | | | |
| 2 or 3 Years | 2 | 2 | $480 | $330 | $480 | $630 | $630 |
| 4 or 5 Years | 1 | 3 | $435 | $315 | $495 | $495 | $495 |
| 6 or 7 Years | 1 | 3 | $648 | $485 | $660 | $800 | $800 |
| 8 to 10 Years | 3 | 7 | $574 | $400 | $520 | $740 | $820 |
| 16 to 20 Years | 3 | 3 | $633 | $465 | $575 | $860 | $860 |
| 21 to 30 Years | 4 | 10 | $732 | $525 | $613 | $1,000 | $1,278 |
| 31 or More Years | 3 | 6 | $704 | $625 | $688 | $1,150 | $1,150 |
| **Bankruptcy** | | | | | | | |
| 2 or 3 Years | 1 | 2 | $360 | $330 | $360 | $390 | $390 |
| 6 or 7 Years | 1 | 2 | $695 | $675 | $695 | $715 | $715 |
| 8 to 10 Years | 1 | 2 | $475 | $475 | $475 | $475 | $475 |
| 11 to 15 Years | 2 | 13 | $831 | $740 | $785 | $980 | $1,155 |
| 16 to 20 Years | 3 | 4 | $724 | $345 | $700 | $1,103 | $1,155 |
| 21 to 30 Years | 3 | 16 | $963 | $563 | $965 | $1,315 | $1,525 |
| 31 or More Years | 3 | 11 | $1,153 | $750 | $1,150 | $1,555 | $1,555 |
| **Commercial/Contracts** | | | | | | | |
| 2 or 3 Years | 2 | 2 | $245 | $165 | $245 | $325 | $325 |
| 4 or 5 Years | 2 | 2 | $538 | $390 | $538 | $685 | $685 |
| 6 or 7 Years | 1 | 2 | $415 | $415 | $415 | $415 | $415 |
| 16 to 20 Years | 2 | 4 | $558 | $523 | $575 | $613 | $650 |
| 21 to 30 Years | 3 | 4 | $545 | $480 | $583 | $610 | $620 |
| 31 or More Years | 3 | 6 | $607 | $525 | $650 | $675 | $700 |
| **Employee Benefits (ERISA)** | | | | | | | |
| 2 or 3 Years | 2 | 2 | $293 | $260 | $293 | $325 | $325 |
| 6 or 7 Years | 2 | 2 | $390 | $355 | $390 | $425 | $425 |
| 8 to 10 Years | 3 | 3 | $493 | $430 | $475 | $575 | $575 |
| 11 to 15 Years | 3 | 5 | $571 | $450 | $495 | $740 | $770 |
| 16 to 20 Years | 2 | 4 | $591 | $525 | $628 | $658 | $660 |
| 21 to 30 Years | 4 | 9 | $768 | $690 | $810 | $850 | $900 |
| 31 or More Years | 6 | 13 | $760 | $615 | $685 | $850 | $1,150 |
| **Employment (FLSA, ADA, ADEA)** | | | | | | | |
| 2 or 3 Years | 2 | 3 | $392 | $250 | $405 | $535 | $535 |
| 4 or 5 Years | 1 | 4 | $680 | $625 | $715 | $755 | $755 |
| 6 or 7 Years | 2 | 9 | $626 | $415 | $715 | $755 | $755 |
| 8 to 10 Years | 2 | 6 | $648 | $415 | $665 | $875 | $875 |
| 11 to 15 Years | 3 | 11 | $616 | $450 | $690 | $795 | $800 |
| 16 to 20 Years | 3 | 7 | $631 | $500 | $690 | $860 | $880 |
| 21 to 30 Years | 2 | 13 | $757 | $600 | $800 | $860 | $935 |
| 31 or More Years | 3 | 9 | $691 | $550 | $620 | $845 | $1,100 |
| **Environmental** | | | | | | | |
| Under 2 years | 1 | 2 | $385 | $385 | $385 | $385 | $385 |
| 6 or 7 Years | 1 | 2 | $410 | $405 | $410 | $415 | $415 |
| 11 to 15 Years | 1 | 4 | $578 | $500 | $595 | $655 | $715 |
| 16 to 20 Years | 2 | 6 | $695 | $523 | $700 | $868 | $985 |
| 21 to 30 Years | 3 | 5 | $597 | $460 | $598 | $720 | $810 |
| 31 or More Years | 5 | 7 | $588 | $400 | $650 | $675 | $825 |
| **Family Law/Domestic Relations** | | | | | | | |
| 2 or 3 Years | 1 | 4 | $265 | $260 | $265 | $270 | $270 |
| 6 or 7 Years | 2 | 2 | $265 | $225 | $280 | $280 | $280 |
| 8 to 10 Years | 2 | 7 | $307 | $270 | $320 | $330 | $330 |
| 11 to 15 Years | 2 | 11 | $384 | $360 | $400 | $400 | $440 |
| 16 to 20 Years | 1 | 6 | $441 | $420 | $435 | $495 | $495 |
| 21 to 30 Years | 2 | 8 | $479 | $460 | $498 | $555 | $555 |
| 31 or More Years | 2 | 10 | $525 | $485 | $495 | $565 | $700 |
| **General Business** | | | | | | | |
| Under 2 years | 2 | 3 | $257 | $230 | $230 | $310 | $310 |
| 2 or 3 Years | 5 | 10 | $253 | $190 | $240 | $255 | $425 |
| 4 or 5 Years | 3 | 6 | $288 | $245 | $265 | $300 | $455 |
| 6 or 7 Years | 3 | 5 | $373 | $325 | $370 | $420 | $535 |
| 8 to 10 Years | 4 | 6 | $428 | $350 | $383 | $420 | $700 |
| 11 to 15 Years | 4 | 6 | $432 | $235 | $400 | $625 | $700 |
| 16 to 20 Years | 7 | 10 | $415 | $310 | $330 | $425 | $728 |
| 21 to 30 Years | 7 | 24 | $526 | $378 | $463 | $711 | $795 |
| 31 or More Years | 8 | 31 | $598 | $475 | $580 | $740 | $795 |