**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
M.B., individually and on behalf of K.B., a child with a disability,

                Plaintiff,

-against-                      22 **CIVIL** 6405 (JPC)(SN)

                           **JUDGMENT**

NEW YORK CITY DEPARMENT OF EDUCATION,

                Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2024, the Court has adopted the Report and Recommendation in its entirety. Plaintiff is awarded $18,740.55 in fees and $433.85 in costs, for a total award of $19,174.40, as well as post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

      March 30, 2024

                                            **RUBY J. KRAJICK**
                                               Clerk of Court

                     **BY:**        *K. Mango*

                                               **Deputy Clerk**