UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

M.B. *et al.*,                                              :

                          Plaintiff,               :

                                                    :        22 Civ. 6405 (JPC) (SN)

          -v-                                    :

                                                    :               <u>ORDER</u>

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                                   :

                       Defendant.               :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On April 1, 2024, Plaintiff appealed from this Court's judgment, which was issued on March 30, 2024. *See* Dkts. 64-66. On April 18, 2024, the Second Circuit remanded that appeal for further proceedings in this Court following the Second Circuit's decision in *Y.G. v. New York City Department of Education*, 22-1184(L). The instant matter is stayed pending the Second Circuit's decision in that case. Within two weeks of the Second Circuit's decision, the parties shall provide in a joint status letter their respective views on any impact that decision may have on this case.

        SO ORDERED.

Dated: April 29, 2024
       New York, New York                                 JOHN P. CRONAN
                                                              United States District Judge