UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
M.B., individually and on behalf of K.B., a child with a            :
disability,                                                         :
                                                                    :
                               Plaintiff,                           :
                                                                    :
             -v-                                                    :            22 Civ. 6405 (JPC) (SN)
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,                              :                    ORDER
                                                                    :
                               Defendant.                           :
                                                                    X
------------------------------------------------------------------
JOHN P. CRONAN, United States District Judge:

On April 1, 2024, Plaintiff appealed from the Court's judgment, which was issued on March 30, 2024. *See* Dkts. 64-66. On April 18, 2024, the Second Circuit remanded that appeal so that further proceedings could occur in this Court following the Second Circuit's decision in *Y.G. v. New York City Department of Education*, 22-1184(L). On April 29, 2024, the Court ordered the parties to provide a joint status update within two weeks of the Second Circuit's decision in *Y.G.* The Second Circuit decided *Y.G.* on July 24, 2025, *see Y.G. v. N.Y.C. Dep't of Educ.*, No. 22-1184(L), 2025 WL 2080218 (2d Cir. July 24, 2025), but the parties failed to update the Court of that decision. No later than December 8, 2025, the parties shall file a joint status letter describing their views on next steps in this case.

       SO ORDERED.

Dated: December 1, 2025
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge