**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
M.B., individually and on behalf of K.B., a child with a
disability,

Plaintiff,

   -against-                                22 **CIVIL** 6405 (JPC)(SN)

**JUDGMENT**

NEW YORK CITY DEPARMENT OF EDUCATION,

Defendant.

----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 30, 2024 and Memo Endorsed dated

January 23, 2026, the Court has adopted the Report and Recommendation in its entirety. Plaintiff is

awarded $18,740.55 in fees and $433.85 in costs, for a total award of $19,174.40, as well as post-

judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

     January 28, 2026


TAMMI M. HELLWIG
_____
Clerk of Court

BY: _____
Deputy Clerk
